UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                               Case No. 2:12−cr−20030−NGE−MKM
                                      Hon. Nancy G. Edmunds

Ronald Zajac, et al.,

                Defendant(s),

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Ronald Zajac

The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 858, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: April 23, 2015 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/C Bethel
                                                   Case Manager

Dated: December 8, 2014